**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ABRAHAM T. PRIDGEON,

    Plaintiff,

v.                                            Case No.: 3:16-cv-473-J-34PDB

STATE OF FLORIDA,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 8; Report), entered by the Honorable Patricia D. Barksdale, United States Magistrate Judge, on June 20, 2016. In the Report, Magistrate Judge Barksdale recommends that this case be remanded to the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida, in State of Florida v. Abraham Theodore Pridgeon, Jr., No. 16-2015-CF-9317-AXXX, and that this case be closed. See Report at 16. Plaintiff has failed to file objections to the Report, and the time for doing so has now passed.[1]

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United

---

[1] The Court notes that Plaintiff filed a document after the Report was entered, but it is incomprehensible and failed in any way to reference or address the Report. See Dkt. No. 9.

States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 8) is **ADOPTED**.

2. This case is **REMANDED** to the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida, in State of Florida v. Abraham Theodore Pridgeon, Jr., No. 16-2015-CF-9317-AXXX.

3. The Clerk of the Court is directed to mail a certified copy of this Order to the state clerk, terminate all pending motions, and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of October, 2016.

MARCIA MORALES HOWARD
United States District Judge

ja
Copies to:
Counsel of Record
Pro Se Plaintiff